THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONSTANCE D. JACOBY | § | CASE NO. 07-41458-R |
| XXX-XX-3032 | § | |
| 700 MEADOW MEAD DRIVE | § | CHAPTER 13 |
| ALLEN, TX  75002 | § | |
| | § | |
| MICHAEL A. JACOBY | § | |
| XXX-XX-3820 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code.  Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | TRIAD FINANCIAL CORP | $5,411.99 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $5,411.99 is attached to this Notice.

Dated: 6/11/10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

CONSTANCE D. JACOBY
MICHAEL A. JACOBY
700 MEADOW MEAD DRIVE
ALLEN, TX 75002

LAW OFFICE OF GREG WILEY, PLLC
400 CHISHOLM PLACE, SUITE 303
PLANO, TX 75075-6938

TRIAD FINANCIAL CORP
5201 RUFE SNOW DRIVE
SUITE 400
NORTH RICHLAND HILLS, TX 76180

TRIAD FINANCIAL CORPORATION
ATTN: BANKRUPTCY DEPARTMENT
7711 CENTER AVENUE, SUITE 100
HUNTINGTON BEACH, CA 92647

TRIAD FINANCIAL
P. O. BOX 982025
NORTH RICHLAND HILLS, TX 76182

Dated: 6/11/10

_____
Office of the Standing Chapter 13 Trustee